**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| **counsel: John Bush** | **Reporter: C. Newburg** |
| **counsel:** | **Clerk: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: R. Hollins** |
| **FRANK CHRISTIAN NICHOLS** | |
| **counsel: Kim Driggers** | |
| **counsel:** | **Date: June 10, 2008** |

**CASE NO: 4:91CR00001-01-WRW / 4:01CR00129-01-WRW**

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 2:15 p.m.**                                                                                               **End: 2:26 p.m.**

**Court calls case and reviews to present; deft admits alleged violations; Court finds violations occurred; motion to revoke GRANTED; 24 MONTHS to run consecutive with OK sentence in 4:91CR00129-01 and 21 MONTHS to run concurrent to 4:91CR00129-01 in 4:01CR00001-01; no SR to follow; amended J&C to be entered.**

**Court in recess.**

CourthearingMinutes.Revo.wpd